FIFE, APPELLANT, *v.* CENTRAL INSURANCE COMPANIES, APPELLEE.

[Cite as *Fife v. Cent. Ins. Cos.* (1994), 71 Ohio St.3d 165.]

(No. 94–1800—Submitted November 15, 1994—Decided December 14, 1994.)

*Arthur, O'Neil, Mertz & Bates Co., L.P.A.,* and *Eric A. Mertz,* for appellant.

*Clemens, Korhn & Liming* and *Stephen F. Korhn,* for appellee.

A discretionary appeal is allowed, the judgment of the court of appeals is reversed, and the cause is remanded to the trial court to apply *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 639 N.E.2d 438.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

WRIGHT, J., dissents.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in this case. As my dissent in *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 639 N.E.2d 438, stated, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.

WRIGHT, J., dissenting. For the reasons stated in the dissenting opinions in *Martin v. Midwestern Group Ins. Co.* (1994), 70 Ohio St.3d 478, 639 N.E.2d 438, I emphatically dissent. We should overrule *Martin, supra,* and reinstate *Hedrick v. Motorists Mut. Ins. Co.* (1986), 22 Ohio St.3d 42, 22 OBR 63, 488 N.E.2d 840.